# EXHIBIT A

Case 2:25-cv-02624-RSL     Document 1-1     Filed 12/19/25     Page 1 of 12

Int. Cls.: **16, 28 and 37**

Prior U.S. Cls.: **2, 22, 27, 36, 37, 38, 50 and 103**

**United States Patent and Trademark Office**  Reg. No. **1,689,015**
Registered May 26, 1992

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH N.E.
REDMOND, WA 98052

FOR: PRINTED MATTER; NAMELY, STICKERS, STICKER ALBUMS, NOTEBOOKS, MEMO PADS, POSTERS, PICTURE STORYBOOKS, COLOR AND ACTIVITY BOOKS, MAGNETIC SLATES, STORYBOOK AND AUDIO CASSETTE SETS SOLD AS A UNIT, MEMO BOARDS, PENS, PENCILS, PENCIL SHARPENERS, ERASERS, DECORATIVE FIGURES ATTACHABLE TO PENCILS, NOTEBOOKS, AND PENCIL BOXES WITH MAGNETIC CLOSURES, STATIONERY-TYPE PORTFOLIOS, DRAWING RULERS, TRADING CARDS, BOOK MARKS, BOOK PLATES, PAPER DECORATIONS MOUNTABLE ON DOORS, BOOK COVERS, CALENDARS, RING BINDERS, SCRAP BOOKS AND STAMP COLLECTOR BOOKS, IRON-ON TRANSFERS, GIFT WRAPPING PAPER, PAPER NAPKINS, INVITATION CARDS, PAPER TABLE COVERS, PAPER BANNERS, PAPER PARTY FAVORS, PAPER PARTY HATS, GREETING CARDS, AND GIFT BOXES, IN CLASS 16 (U.S. CLS. 2, 36, 37, 38 AND 50).

FIRST USE 7-0-1988; IN COMMERCE 7-0-1988.

FOR: GAMES AND PLAYTHINGS; NAMELY, ACTION FIGURES, PLUSH DOLLS, PUPPETS, TOY BINOCULARS, HAND-HELD PINBALL GAMES, BOARD GAMES, JIGSAW PUZZLES, TARGET SETS COMPRISED OF TARGETS AND PROJECTILES, TOY BOWLING SETS COMPOSED OF BOWLING PINS AND BOWLING BALLS, BOP BAGS, RING TOSS GAMES, BEAN BAG GAMES, NON-ELECTRONIC HAND-HELD SKILL GAMES, KITES, YO-YOS, TOY BALLOONS, DECORATIVE WIND SOCKS, CARD GAMES, TOY BANKS, ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY, ELECTRONIC EXERCISE MATS INTERACTIVE WITH A VIDEO DISPLAY, ELECTRONIC TOYS WITH A CLOCK OR TIMEPIECE FEATURE, VIDEO GAME CARTRIDGE STORAGE DEVICES, HOLDERS, CARRIERS, AND CARRYING CASES FOR VIDEO GAME SYSTEMS, IN CLASS 28 (U.S. CLS. 2, 22 AND 27).

FIRST USE 12-1-1980; IN COMMERCE 12-1-1980.

FOR: SERVICE AND REPAIR OF VIDEO GAME SYSTEMS, VIDEO GAME EQUIPMENT AND COMPONENTS THEREFOR, IN CLASS 37 (U.S. CL. 103).

FIRST USE 10-0-1985; IN COMMERCE 10-0-1985.

# United States of America
## United States Patent and Trademark Office

# NINTENDO

**Reg. No. 7,123,503**

**Registered Aug. 01, 2023**

**Int. Cl.: 3, 5, 9, 11, 14, 16, 18, 20, 21, 24, 25, 27, 28, 29, 30, 32, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc.  (WASHINGTON Corporation )
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 3: Laundry detergent; laundry soap; soap, namely, bath soap, bar soap, body wash for humans or animals; shampoos; shampoos for pets; non-medicated dentifrices; toothpaste; non-medicated mouth wash and rinse; cosmetics; bath preparations, not for medical purposes; hair spray; mascara; decorative transfers for cosmetic purposes; temporary tattoo transfers for use as cosmetics; cosmetics for children; beauty masks; perfumery; air fragrancing preparations; air fragrance reed diffusers; room fragrances; fragrance sachets; pet fragrances; false nails; false eyelashes; nail art stickers

CLASS 5: Cough syrups; cough drops; eye drops; antiseptics; first aid kits; adhesive bandages; bandages for dressings; cotton for medical purposes; babies' diapers; powdered milk for babies; nutritional supplements; vitamin supplements; food for babies

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headphones; earphones; batteries

CLASS 11: Electric lights for Christmas trees; lamps; standard lamps

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; printed notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; Printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 21: Floss for dental purposes; hair brushes; combs; brushes for washing up; toothbrushes; fitted vanity cases; cosmetic utensils, namely, cosmetic brushes; containers for household or kitchen use; drinking flasks; glass bowls; soup bowls; utensils for kitchen and cleaning purposes, namely, serving spoons, serving forks, and chopsticks; mugs; cups; dishes; plates; paper plates; cookie jars; lunch boxes; drinking bottles for sports; drinking straws; coasters, not of paper or textile; place mats of plastic; tablemats, not of paper or textile; trays for household purposes; waste baskets; coin banks; soap holders; dishes for soap

CLASS 24: Fabrics for textile use; adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; fleece blankets; travelling rugs; lap robes; covers for cushions; pillowcases; bed linen; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; banners of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 27: Carpets for automobiles; mats, namely, bath mats, door mats, and personal exercise mats; textile floor mats for use in the home; carpets; carpets and rugs; rugs; wall hangings, not of textile; wallpaper

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 29: Fruit-based snack food; potato chips; milk products excluding ice cream, ice milk and frozen yogurt; cheese; milk beverages, milk predominating; yogurt; frozen fruits; preserved meats and sausages; canned fish; processed fish; jellies for food; jams; prepared nuts; soups; preparations for making soup

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, and cereal bars; noodles; pasta; pasta sauce; rice

CLASS 32: Soda water; table waters; fruit juice; soft drinks; vegetable juices being beverages; non-alcoholic carbonated beverages; non-alcoholic sparkling fruit juice

beverages; non-alcoholic fruit juice beverages; whey beverages

CLASS 35: Advertising; public relations; organization of exhibitions for commercial or advertising purposes; demonstration of goods; promotion of goods and services through sponsorship of sports events; marketing services; customer loyalty services and customer club services, for commercial, promotional and/or advertising purposes; marketing, advertising, and promoting the retail goods and services of others through wireless electronic devices; online retail store services for downloadable and pre-recorded music and movies; retail store services featuring games; retail store services featuring virtual game goods, namely, virtual footwear, clothing, headwear, eyewear, bags, art, toys, accessories, digital animated and non-animated designs and characters; retail store services featuring toys

CLASS 38: Providing telecommunications connections to a global computer network; communications by computer terminals; computer aided transmission of messages and images; video-on-demand transmission; providing online forums for transmission of messages among computer users; providing an online forum for video games; transmission of greeting cards online; streaming of data; streaming of games and digital media content on the internet; providing information in the field of telecommunications

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; entertainment services, namely, providing on-line, non-downloadable virtual footwear, clothing, headwear, eyewear, bags, art, toys, accessories, digital animated and non-animated designs and characters for use in virtual environments created for entertainment purposes; entertainment services, namely, providing virtual environments in which users can interact for recreational, leisure or entertainment purposes; arranging and conducting of video game events for entertainment purposes; organizing, arranging, and conducting virtual electronic game events; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; organization and arrangement of video game events for entertainment purposes; organization and arrangement of entertainment shows and events; providing on-line computer games; organization of electronic game competitions for entertainment purposes; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-18-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1671924A DATED 04-11-2022, EXPIRES 04-11-2032

SER. NO. 79-344,950, FILED 04-11-2022

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NINTENDO SWITCH

**Reg. No. 5,477,313**
**Registered May 22, 2018**
**Int. Cl.: 9, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Cartridges and memory cards containing puzzles, stories, and video games; Computer game programs; Computer game software; Computer programs for parental controls in the field of video games; Downloadable computer game programs; Downloadable computer game software; Downloadable computer programs; Downloadable electronic game programs; Downloadable electronic game software; Downloadable multimedia files containing computer games, puzzles, stories and video games; Downloadable video game programs; Downloadable video game software; Electronic game programs; Electronic game software; Electronic video game programs; Electronic video game software; Game programs for hand held video game apparatus; Game programs for video game apparatus; Video game cartridges; Video game memory cards; Video game memory devices, including, cartridges and memory cards; Video game operating system software programs and utility programs; Video game programs; Video game software; Accessories for electronic video and computer game systems, namely, AC Adapters, chargers, earphones, microphones, power adapters; Electronic memory devices for use with electronic video and computer game systems

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 28: Action figures; Computer game machines; Electronic game consoles; Electronic game controllers and electronic game joysticks; Electronic game controllers with an integrated video display; Electronic game machines; Electronic memory devices for use with electronic video and computer game systems; Electronic video game machines for use with a monitor or television; Hand-held units for playing electronic games; Hand-held units for playing video games; Toy action figures; Video game consoles; Video game controllers; Video game joysticks; Video game machines

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 41: Providing information about video games, including downloadable video games, non-downloadable video games and online game services by computer networks, handheld game apparatus and video game apparatus; Providing entertainment- related blogs, information and news on video games, computer games and related products, and on the video game and computer game industries; Providing non-downloadable images and photographs by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable pictures and photographs by computer networks, hand held game apparatus and video game apparatus; providing non-downloadable videos in the field of video games by computer networks, handheld game apparatus, and video game apparatus; Providing non-downloadable video games and video game samples by computer network, handheld game apparatus and video game apparatus; Providing online games and game samples by computer network, handheld game apparatus, and video game apparatus



Director of the United States
Patent and Trademark Office

FIRST USE 10-20-2016; IN COMMERCE 10-20-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-977,045, FILED 10-20-2016

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,443,363**
**Registered Apr. 10, 2018**
**Int. Cl.: 9, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Cartridges and memory cards containing puzzles, stories, and video games; Computer game programs; Computer game software; Computer programs for parental controls in the field of video games; Downloadable computer game programs; Downloadable computer game software; Downloadable computer programs; Downloadable electronic game programs; Downloadable electronic game software; Downloadable multimedia files including computer games, puzzles, stories and video games; Downloadable video game programs; Downloadable video game software; Electronic game programs; Electronic game software; Electronic video game programs; Electronic video game software; Game programs for hand held video game apparatus; Game programs for video game apparatus; Video game cartridges; Video game memory cards; Video game memory devices including cartridges and memory cards; Video game operating system software programs and utility programs; Video game programs; Video game software; Accessories for electronic video and computer game systems, namely, AC adapters, chargers, earphones, microphones, power adapters; Electronic memory devices for use with electronic video and computer game systems

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 28: Action figures; Computer game machines; Electronic game consoles; Electronic game controllers and electronic game joysticks; Electronic game controllers with an integrated video display; Electronic game machines; Electronic memory devices for use with electronic video and computer game systems; Electronic video game machines for use with a monitor or television; Fitted plastic films known as skins specially adapted for covering and protecting hand-held video game units and video game consoles; Hand-held units for playing electronic games; Hand-held units for playing video games; Fitted plastic films known as skins for covering and protecting electronic game playing apparatus, namely, video game machines and hand-held units for playing video games; Protective carrying cases and storage cases specially adapted for video game systems; Protective films specially adapted for screens for portable game machines; Video game consoles; Video game controllers; Video game joysticks; Video game machines

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 41: Organizing, arranging, and producing video game events for entertainment purposes; Providing information about video games, including video game machines, video

game controllers, downloadable video games, non-downloadable video games and online game services by computer networks, handheld game apparatus and video game apparatus; Providing entertainment-related blogs, information and news on video games, computer games and related products, and on the video game and computer game industries; Providing non-downloadable images and photographs by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable pictures and photographs by computer networks, hand held game apparatus and video game apparatus; Providing non-downloadable videos in the field of video games by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable video games and video game samples by computer network, handheld game apparatus and video game apparatus; Providing online games and game samples by computer network, handheld game apparatus and video game apparatus; Providing a website featuring entertainment information and video game information

FIRST USE 10-20-2016; IN COMMERCE 10-20-2016

The mark consists of a square design enclosing the terms "NINTENDO SWITCH" below two side-by-side rectangular shapes, with one rectangular shape with a circle in the upper portion and the other rectangular shape with a circle in its lower portion.

SER. NO. 87-634,031, FILED 10-04-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.