UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SYSTEMS LLC, a Florida limited liability company; DEAL CENTER ELECTRONICS INC., a Florida corporation; EVEREST ELECTRONICS LLC, a Florida limited liability company; ANDREY SHVEDOV, an individual; IVAN SVEDOV, an individual; NATALIA SHVEDOV, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:25-cv-02624<br><br>**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION** |

**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Nintendo of America Inc. notify the Court that this case is a Counterfeit Enforcement Action subject to General Order 03-23. Under that General Order, the assigned District Judge may refer the action to Magistrate Judges Hon. Michelle L. Peterson, Hon. Brian A. Tsuchida, or Hon. S. Kate Vaughan to handle all issues related to service.

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 19th day of December, 2025.

<pre>
                              DAVIS WRIGHT TREMAINE LLP
                              *Attorneys for Plaintiffs*


                              */s/ Scott Commerson*
                              Scott Commerson, WSBA #58085
                              350 South Grand Avenue, 27th Floor
                              Los Angeles, CA 90071-3460
                              Tel: (213) 633-6800
                              Fax: (213) 633-6899
                              Email: scottcommerson@dwt.com
</pre>