UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SYSTEMS LLC, *et al.*,<br><br>Defendants. | No. 2:25-cv-02624-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik:

On May 29, 2026, defendant Natalia Shvedov filed a motion to dismiss the complaint for lack of personal jurisdiction and failure to state a claim. Dkt. 16. On June 18, 2026, plaintiffs timely filed a First Amended Complaint, Dkt. 21, which superseded the complaint challenged by defendant's motion. Defendants, including Natalia Shvedov, subsequently filed an answer to the First Amended Complaint. Dkt. 23.

Because Dkt. 16 is directed to a pleading that is no longer operative, the motion to dismiss is DENIED as moot.

DATED this 18th day of August, 2026.

JOSHUA C. LEWIS,
Clerk of Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik